IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC.  ) <br> d/b/a The Local; et al  ) <br>  ) <br> v.  ) <br>  ) <br> JOHN COOPER, et al  ) | NO. 3:20-0421 <br> Richardson/Holmes |

**O R D E R**

On September 25, 2020, Defendant Michael C. Caldwell filed a motion to dismiss or stay with supporting memorandum (Docket Entry Nos. 113, 114). Any response by Plaintiff shall be filed pursuant to Rule 12, Fed. R. Civ. P., and Local Rule 7.01(a)(3). An optional reply may be filed within seven (7) days of the filing of the response, and shall not exceed five (5) pages.

The Clerk is directed to forward the motions to the Honorable Eli J. Richardson, District Judge for his consideration of the motion to dismiss.

The initial case management conference remains scheduled for **10:00 a.m., September 30, 2020**, by video conference (*see* Docket Entry No. 102) whether or not a ruling has entered on this pending motions, unless otherwise ordered by the Court.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge