IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE LOCAL SPOT, INC., et al. | ) | |
| Plaintiffs, | ) | NO. 3:20-cv-00421 |
| v. | ) | JUDGE RICHARDSON |
| JOHN COOPER, et al., | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Plaintiffs' Emergency Motion for a Temporary Restraining Order And/Or A Preliminary Injunction (Doc. No. 139, "Motion"). Defendants shall file a response to the Motion on or before Wednesday, November 11, 2020.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE