IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| THE LOCAL SPOT, INC. d/b/a THE LOCAL, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) | NO. 3:20-cv-00421 |
|  | ) | JUDGE RICHARDSON |
| v. | ) |  |
|  | ) |  |
| JOHN COOPER, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

# **ORDER**

Pending before the Court is Defendants John Cooper and Dr. Michael Caldwell's (sued in their official capacities) Motion to Dismiss (Doc. No. 64); Defendant Kia Jarmon's Motion to Dismiss (Doc. No. 87); and Defendant Dr. Michael Caldwell's (sued in his individual capacity) Motion to Dismiss (Doc. No. 113).

On December 14, 2020, the Magistrate Judge granted Plaintiffs permission to file their Third Amended Complaint. (Doc. Nos. 151, 152). Because the Third Amended Complaint renders moot Defendants' pending motions to dismiss (Doc. Nos. 64, 87, 113), those motions are DENIED without prejudice to Defendants' prerogative to move to dismiss the Third Amended Complaint.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE