# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC. d/b/a THE LOCAL, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) ) JOHN COOPER, in his official ) capacity as Mayor of Metropolitan ) Nashville-Davidson County, *et al.*, ) ) Defendants. ) | Case No. 3:20-cv-00421 Judge Richardson Magistrate Judge Newbern |

## JOINT MOTION TO CONSOLIDATE AND AMEND CASE MANAGEMENT ORDER AND RESPONSIVE PLEADING DEADLINE

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 6.01(a), and for good cause, Plaintiffs, The Local Spot, Inc.; Geoffery Reid; Harry O's Steakhouse, LLC; HTDG, LLC; and Timothy Stephen Smith, and Defendants, John Cooper and Dr. Gill Wright III, in their official capacities, move to modify the case management order in this case. Plaintiffs and Defendants Cooper and Wright[1] also move pursuant to Fed. R. Civ. P. 42(a)(2) to consolidate this case with the recently-filed federal lawsuit captioned *Tootsie's Entertainment, LLC d/b/a Tootsie's Orchid Lounge, et al. v. John Cooper, in his official capacity as Mayor of Metropolitan Nashville-Davidson County, et al.* ("*Tootsie's Entertainment*"), Case No. 3:21-cv-00501.

On August 4, 2021, upon the request of the parties, Chief Judge Crenshaw reassigned *Tootsie's Entertainment* to Judge Richardson's Court and deemed it a "related case," given its significant overlap with this matter. For the same reasons, judicial economy

---

[1] This case is stayed as to Defendants Michael Caldwell and Kia Jarmon under the *Younger* abstention doctrine. (Doc. Nos. 107 & 186.) Kia Jarmon is represented by the undersigned counsel for Defendants Cooper and Wright. Dr. Caldwell is represented by attorneys from Sherrard & Roe, who have been consulted concerning the matters addressed herein.

weighs in favor of consolidating the two matters. Plaintiffs in *Tootsie's Entertainment* challenge the same health orders and actions at issue in this case, and discovery in this case will largely encompass the discovery that otherwise would be taken in *Tootsie's Entertainment*. Written discovery is already underway and will overlap significantly between the two cases. Accordingly, judicial economy weighs in favor of consolidation.

While consolidation will not require extensive amendment to the case management order, Plaintiffs and Defendants Cooper and Wright also move to amend a few deadlines to provide additional time for fact witness depositions and expert disclosures. These amendments will not affect the current dispositive motion deadline or trial date and will not interfere with the orderly progression of the case.[2] Thus, Plaintiffs and Defendants Cooper and Wright request that the current scheduling order be amended as follows:

| **Description of Deadline** | **Current Deadline** | **Proposed Amended Deadline** |
|---|---|---|
| Plaintiffs' deadline to identify and disclose experts | October 10, 2021 | **November 10, 2021** |
| Defendants' deadline to identify and disclose experts | November 10, 2021 | **December 10, 2021** |
| Fact witness deposition deadline | October 10, 2021 | **December 10, 2021** |

The amended deadlines listed above will not affect the current trial date in this matter. Thus, Plaintiffs and Defendants Cooper and Wright certify that the proposed

---

[2] Defendants Cooper and Wright, through counsel, have consulted with Defendant Michael Caldwell's counsel concerning the matters raised in this motion. Because Defendant Caldwell is not a party to Case No. 3:21-cv-00500, he has not joined the motion to consolidate. In addition, while these matters were being discussed, the Court entered an order granting Dr. Caldwell's request for a stay under the *Younger* abstention doctrine. (Doc. No. 186.) And while Dr. Caldwell reserves the right to request new case management deadlines if and when the stay is lifted, he does not oppose consolidation or the amendments to the case management order requested in this motion. Likewise, Kia Jarmon, who is also represented by undersigned counsel for Defendants Cooper and Wright does not oppose consolidation or amendment, subject to the right to request new deadlines if and when the stay as to her is lifted.

amendment conforms to Local Rule 16.01(h)(1) and respectfully request that the Court extend the case management deadlines as outlined above.

Finally, Plaintiffs and Defendants Cooper and Wright have worked cooperatively on service of the *Tootsie's Entertainment* lawsuit, with counsel for Defendants agreeing to accept service and Plaintiffs having provided an electronic copy of the Complaint. Defendants have consulted with Plaintiffs concerning the need for additional time to prepare and file a response to the Complaint, and Plaintiffs do not oppose such a request. Thus, the parties request that Defendants have an extension up to and including twenty-one (21) days from entry of an order on this joint motion to consolidate to file a response to the Complaint.

Respectfully submitted,

DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (BPR No. 9949)
DIRECTOR OF LAW

/s/ *Allison L. Bussell*
ALLISON L. BUSSELL (BPR No. 23538)
MALLORY S. RICCI (BPR No. 32492)
MICHAEL R. DOHN (BPR No. 37535)
ASSISTANT METROPOLITAN ATTORNEYS
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
mallory.ricci@nashville.gov
michael.dohn@nashville.gov

*Counsel for Mayor John Cooper and Dr. Gill Wright, III, in their official capacities, and Kia Jarmon, in her individual and official capacities*

SOVEREIGNTY LEGAL FOUNDATION

/s/ *Kirk L. Clements*
KIRK L. CLEMENTS (BPR No. 20672)
105 Broadway, Ste. 2
Nashville, TN 37201
(615) 964-8000
(615) 953-1902
kirk@kirkclementslaw.com

/s/ *James Bryan Lewis*
JAMES BRYAN LEWIS (BPR No. 15116)
214 Second Avenue North, Suite 103
Nashville, TN 37201
615-256-2602
615-242-5967 (fax)
bryan@bryanlewislaw.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing has been served via CM/ECF to:

Kirk L. Clements
105 Broadway, Ste. 2
Nashville, TN 37201

James Bryan Lewis
1300 Division St, Suite 307
Nashville, TN 37203

William L. Harbison
Lisa K. Helton
Christopher C. Sabis
Hunter C. Branstetter
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

on this 4th day of August, 2021.

/s/ Allison L. Bussell
Allison L. Bussell