UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM B. LEE, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00421<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on February 10, 2022. Counsel report that discovery is in progress in accordance with the amended case management calendar (Doc. No. 197).

Counsel were reminded of their obligation to file a joint case resolution status report by June 17, 2022, reflecting their good-faith efforts to resolve this matter independently.

Counsel agree that the motions filed at Docket Entries 89, 91, and 120 are MOOT. Accordingly, those motions are TERMINATED WITHOUT PREJUDICE to refiling if necessary as discovery progresses.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge