UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM B. LEE, et al., <br><br> Defendants. | Case No. 3:20-cv-00421 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

### ORDER

On November 4, 2022, the parties filed a joint motion to modify the case management order and for a case management conference. (Doc. No. 210.) The motion is GRANTED IN PART. A case management conference is set before the Magistrate Judge on November 16, 2022, at 11:00 a.m. The parties shall call (888) 557-8511 and enter access code 78191653 to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge