UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM B. LEE, et al., <br><br> Defendants. | Case No. 3:20-cv-00421 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |
| TOOTSIE'S ENTERTAINMENT, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN COOPER, et al., <br><br> Defendants. | Case No. 3:21-cv-00501 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties in these related cases on November 16, 2022, regarding the amendments to the case management schedule requested by the parties' joint motion (Doc. No. 210). The Magistrate Judge has conferred with the District Judge and ORDERS as follows:

All discovery is STAYED pending resolution of the related state proceedings and lifting of the stays entered by the Court's prior orders as to Defendants Caldwell and Jarmon.

The parties have noticed certain depositions to be held in December 2022 (Doc. No. 210). Those depositions and any other depositions agreed upon by counsel are not subject to the stay of discovery.

All remaining case management deadlines are CONTINUED and will be reset by future order.

Any issue regarding the effect of future discovery from Caldwell and Jarmon on discovery that has already been taken may be raised to the Magistrate Judge through the appropriate discovery dispute procedures when the issue is ripe for specific consideration.

The parties shall file a joint notice of the status of the state-court proceedings sixty days from the date of this Order and every sixty days thereafter.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge