UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC. et al.,<br><br>    Plaintiffs,<br>v.<br><br>WILLIAM B. LEE, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00421<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

On November 22, 2022, the Court directed the parties to file a joint notice of the status of the related state-court proceeding sixty days from the date of the order and every sixty days thereafter. (Doc. No. 212.) The first sixty-day deadline passed on January 23, 2023, and the joint report was not filed. The parties are ORDERED to file the joint report by January 31, 2023.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge