# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC., *et al.*, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN COOPER, *et al.*, ) <br> ) <br>     Defendants. ) | Case No. 3:20-cv-00421 <br> Judge Richardson <br> Magistrate Judge Newbern |
| TOOTSIE'S ENTERTAINMENT, LLC ) <br> d/b/a TOOTSIE'S ORCHID LOUNGE, ) <br> *et al.*, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN COOPER, in his official ) <br> capacity as Mayor of Metropolitan ) <br> Nashville-Davidson County, *et al.*, ) <br> ) <br>     Defendants. ) | Case No. 3:21-cv-00501 <br> Judge Richardson <br> Magistrate Judge Newbern |

## JOINT STATUS REPORT ON STATE COURT PROCEEDINGS

In accordance with the Court's orders (Doc. Nos. 212, 213), the parties submit this status report of the state court proceedings. A case management conference was held on January 25, 2023. The following deadlines were imposed:

1. February 15, 2023: Supplemental Discovery Responses from Kid Rock's, Honky Tonk Central, Rippy's, and Jackson's Old Hickory Country Club ("State-Court Defendants")

2. March 2, 2023: Case Management Conference

3. April 15, 2023: Tenn. R. Civ. P. 30.02(6) Depositions of State-Court Defendants

In the coming weeks, the parties will be taking steps to finalize written discovery and

schedule depositions to comply with these deadlines.

The parties' next status report will be filed by April 1, 2023.

Respectfully submitted,

DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (BPR No. 9949)
DIRECTOR OF LAW

/s/ *Melissa Roberge*
ALLISON L. BUSSELL (BPR No. 23538)
  ASSOCIATE DIRECTOR OF LAW
MELISSA ROBERGE (BPR No. 26230)
  SENIOR COUNSEL
MICHAEL R. DOHN (BPR No. 37535)
  ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
melissa.roberge@nashville.gov
michael.dohn@nashville.gov

*Counsel for the Metropolitan Government Defendants*

/s/ *Kirk L. Clements*
KIRK L. CLEMENTS (BPR No. 20672)
105 Broadway, Ste. 2
Nashville, Tennessee 37201
(615) 964-8000
(615) 953-1902
kirk@kirkclementslaw.com

/s/ *James Bryan Lewis*
JAMES BRYAN LEWIS (BPR No. 15116)
1300 Division St., Suite 307
Nashville, Tennessee 37203
(615) 256-2602
(615) 242-5967 (fax)
bryan@bryanlewislaw.com

*Counsel for Plaintiffs*

{N0516046.1}　　　　　　　　　　　　　　　2

Case 3:20-cv-00421    Document 214    Filed 01/30/23    Page 2 of 3 PageID #: 3002

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the CM/ECF electronic filing system to:

Kirk L. Clements
105 Broadway, Ste. 2
Nashville, TN 37201

James Bryan Lewis
1300 Division St., Suite 307
Nashville, TN 37203

William L. Harbison
Lisa K. Helton
Christopher C. Sabis
Hunter C. Branstetter
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

on this 30th day of January 2023.

/s/ *Melissa Roberge*
Melissa Roberge