IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN COOPER, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00421 <br> Judge Richardson <br> Magistrate Judge Newbern |
| TOOTSIE'S ENTERTAINMENT, LLC d/b/a TOOTSIE'S ORCHID LOUNGE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN COOPER, in his official capacity as Mayor of Metropolitan Nashville-Davidson County, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-00501 <br> Judge Richardson <br> Magistrate Judge Newbern |

**JOINT STATUS REPORT ON STATE COURT PROCEEDINGS**

In accordance with the Court's Order (Doc. No. 212), the parties submit this status report of the state court proceedings. As reported in the Parties' Second Joint Status Report (Doc. No. 215), the state trial court issued a case management order that required fact discovery to be concluded by June 15, 2023. Metro has served a Tenn. R. Civ. P. 30.02(6) notice on the State Court Defendants, and the parties are holding June 13, 2023, for that deposition. The State Court Defendants have identified individuals within Metro that they want to depose, and the parties are coordinating dates in early June for those depositions. A subsequent case management conference is scheduled for June 28, 2023.

The parties' next status report will be filed within sixty (60) days.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (BPR No. 9949)
DIRECTOR OF LAW

/s/ *Melissa Roberge*
ALLISON L. BUSSELL (BPR No. 23538)
  ASSOCIATE DIRECTOR OF LAW
MELISSA ROBERGE (BPR No. 26230)
  SENIOR COUNSEL
MICHAEL R. DOHN (BPR No. 37535)
  ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
melissa.roberge@nashville.gov
michael.dohn@nashville.gov

*Counsel for the Metropolitan Government Defendants*


/s/ *Kirk L. Clements*
KIRK L. CLEMENTS (BPR No. 20672)
105 Broadway, Ste. 2
Nashville, Tennessee 37201
(615) 964-8000
(615) 953-1902
kirk@kirkclementslaw.com

/s/ *James Bryan Lewis*
JAMES BRYAN LEWIS (BPR No. 15116)
1300 Division St., Suite 307
Nashville, Tennessee 37203
(615) 256-2602
(615) 242-5967 (fax)
bryan@bryanlewislaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the CM/ECF electronic filing system to:

Kirk L. Clements
105 Broadway, Ste. 2
Nashville, TN 37201

James Bryan Lewis
1300 Division St., Suite 307
Nashville, TN 37203

William L. Harbison
Lisa K. Helton
Christopher C. Sabis
Hunter C. Branstetter
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

on this 23rd day of May 2023.

/s/ *Melissa Roberge*
Melissa Roberge