IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:20-cv-00421 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| JOHN COOPER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the parties' "Joint Motion to Cancel Trial and Memorandum in Support," (Doc. No. 217) wherein the parties move to cancel the trial because the case is stayed pending resolution of related state court proceedings. The motion is GRANTED. The pretrial conference set for August 21, 2023, the jury trial set for August 29, 2023, and all pretrial deadlines are canceled, to be rescheduled, if appropriate.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE