IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **THE LOCAL SPOT, INC.**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:20-cv-00421 |
| | ) Judge Richardson |
| **JOHN COOPER**, *et al.*, | ) Magistrate Judge Newbern |
| Defendants. | ) |

| | |
|---|---|
| **TOOTSIE'S ENTERTAINMENT, LLC** d/b/a **TOOTSIE'S ORCHID LOUNGE**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:21-cv-00501 |
| | ) Judge Richardson |
| **JOHN COOPER**, in his official capacity as Mayor of Metropolitan Nashville-Davidson County, *et al.*, | ) Magistrate Judge Newbern |
| Defendants. | ) |

## FIFTH JOINT STATUS REPORT ON STATE COURT PROCEEDINGS

In accordance with the Court's Order (Doc. No. 212), the Parties submit this status report of the state court proceedings. Since the Parties filed their Fourth Joint Status Report (Doc. No. 219), Metro Nashville filed a Motion for Spoliation and a Motion for Sanctions, which are currently set to be heard on October 13, 2023. Because Plaintiffs are unavailable on that date, the Parties are in discussions about alternative dates. Because of these unresolved discovery issues, the October 1, 2023, deadline for all non-expert fact discovery and depositions likely needs to be extended. A subsequent case management conference is scheduled for October 9, 2023, at 10:00 a.m.

The Parties' next status report will be filed within sixty (60) days.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (BPR No. 9949)
DIRECTOR OF LAW

/s/ *Allison L. Bussell*
ALLISON L. BUSSELL (BPR No. 23538)
  ASSOCIATE DIRECTOR OF LAW
MELISSA ROBERGE (BPR No. 26230)
  SENIOR COUNSEL
MICHAEL R. DOHN (BPR No. 37535)
  ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
melissa.roberge@nashville.gov
michael.dohn@nashville.gov

*Counsel for the Metropolitan Government Defendants*


/s/ *Kirk L. Clements*
KIRK L. CLEMENTS (BPR No. 20672)
105 Broadway, Ste. 2
Nashville, Tennessee 37201
(615) 964-8000
(615) 953-1902
kirk@kirkclementslaw.com

/s/ *James Bryan Lewis*
JAMES BRYAN LEWIS (BPR No. 15116)
1300 Division St., Suite 307
Nashville, Tennessee 37203
(615) 256-2602
(615) 242-5967 (fax)
bryan@bryanlewislaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing has been served via the CM/ECF electronic filing system to:

Kirk L. Clements  
105 Broadway, Ste. 2  
Nashville, TN 37201

James Bryan Lewis  
1300 Division St., Suite 307  
Nashville, TN 37203

William L. Harbison  
Lisa K. Helton  
Christopher C. Sabis  
Hunter C. Branstetter  
Sherrard Roe Voigt & Harbison, PLC  
150 3rd Avenue South, Suite 1100  
Nashville, TN 37201

on this 19th day of September, 2023.

                                       /s/ *Allison L. Bussell*  
                                       Allison L. Bussell