# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN COOPER, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 3:20-cv-00421 <br> Judge Richardson <br> Magistrate Judge Newbern |
| TOOTSIE'S ENTERTAINMENT, LLC ) <br> d/b/a TOOTSIE'S ORCHID LOUNGE, ) <br> *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN COOPER, in his official ) <br> capacity as Mayor of Metropolitan ) <br> Nashville-Davidson County, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 3:21-cv-00501 <br> Judge Richardson <br> Magistrate Judge Newbern |

## SIXTH JOINT STATUS REPORT ON STATE COURT PROCEEDINGS

In accordance with the Court's Order (Doc. No. 212), the Parties submit this status report of the state court proceedings. Since the Parties filed their Fifth Joint Status Report (Doc. No. 220), they participated in a hearing on Metro Nashville's Motion for Spoliation and Motion for Sanctions. The Court took the motions under advisement and denied Metro Nashville's Motion to Set a March or April 2024 trial date, pending a decision on the Motion for Spoliation and Motion for Sanctions.

The Parties' next status report will be filed within sixty (60) days.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (BPR No. 9949)
DIRECTOR OF LAW

/s/ *Michael R. Dohn*
ALLISON L. BUSSELL (BPR No. 23538)
  ASSOCIATE DIRECTOR OF LAW
MELISSA ROBERGE (BPR No. 26230)
  SENIOR COUNSEL
MICHAEL R. DOHN (BPR No. 37535)
  ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
melissa.roberge@nashville.gov
michael.dohn@nashville.gov

*Counsel for the Metropolitan Government Defendants*


/s/ *Kirk L. Clements (w/ permission MRD)*
KIRK L. CLEMENTS (BPR No. 20672)
105 Broadway, Ste. 2
Nashville, Tennessee 37201
(615) 964-8000
(615) 953-1902
kirk@kirkclementslaw.com

/s/ *James Bryan Lewis (w/ permission MRD)*
JAMES BRYAN LEWIS (BPR No. 15116)
1300 Division St., Suite 307
Nashville, Tennessee 37203
(615) 256-2602
(615) 242-5967 (fax)
bryan@bryanlewislaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing has been served via the CM/ECF electronic filing system to:

| | |
|---|---|
| Kirk L. Clements<br>105 Broadway, Ste. 2<br>Nashville, TN 37201 | James Bryan Lewis<br>1300 Division St., Suite 307<br>Nashville, TN 37203 |

William L. Harbison
Lisa K. Helton
Christopher C. Sabis
Hunter C. Branstetter
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

on this 20th day of November 2023.

                                               /s/ *Michael R. Dohn*
                                               Michael R. Dohn