UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC. et al., <br><br> Plaintiffs, <br> v. <br><br> WILLIAM B. LEE, et al., <br><br> Defendants. | Case No. 3:20-cv-00421 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

Pursuant to the Court's November 22, 2022 order (Doc. No. 212), the parties must file a joint status report regarding the related state-court proceedings every sixty days. The most recent report was filed on November 20, 2023, and the next report was due to be filed on January 19, 2024. No report has been filed.

The parties are ORDERED to file their joint report by February 5, 2024.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge