IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LOCAL SPOT, INC., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:20-cv-00421 |
| FREDDIE O'CONNELL, *et al.*, | ) Judge Richardson ) Magistrate Judge Newbern |
| Defendants. | ) ) |

| | |
|---|---|
| TOOTSIE'S ENTERTAINMENT, LLC d/b/a TOOTSIE'S ORCHID LOUNGE, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:21-cv-00501 ) Judge Richardson |
| FREDDIE O'CONNELL, in his official capacity as Mayor of Metropolitan Nashville-Davidson County, *et al.*, | ) Magistrate Judge Newbern ) ) ) ) |
| Defendants. | |

**NINTH JOINT STATUS REPORT ON STATE COURT PROCEEDINGS**

In accordance with the Court's Order (Doc. No. 212), the Parties submit this status report of the state court proceedings. Since the Parties filed their Eighth Joint Status Report (Doc. No. 226), the Court resolved the Motion for Sanctions in Metro Nashville's favor. The Parties have rescheduled the Tenn. R. Civ. P. 30.02(6) deposition of Kid Rock's Honky Tonk for July 18, 2024; are holding August 15, 2024, for any additional fact depositions to be taken by Metro Nashville; have a status conference set for September 25, 2024; and set the matter for trial on February 10–12, 2025.

The Parties' next status report will be filed within sixty (60) days.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (BPR No. 9949)
DIRECTOR OF LAW

/s/ *Michael R. Dohn*
ALLISON L. BUSSELL (BPR No. 23538)
  ASSOCIATE DIRECTOR OF LAW
MELISSA ROBERGE (BPR No. 26230)
  SENIOR COUNSEL
MICHAEL R. DOHN (BPR No. 37535)
  ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
melissa.roberge@nashville.gov
michael.dohn@nashville.gov

*Counsel for the Metropolitan Government Defendants*


/s/ *Kirk L. Clements (w/ permission MRD)*
KIRK L. CLEMENTS (BPR No. 20672)
105 Broadway, Ste. 2
Nashville, Tennessee 37201
(615) 964-8000
(615) 953-1902
kirk@kirkclementslaw.com

/s/ *James Bryan Lewis (w/ permission MRD)*
JAMES BRYAN LEWIS (BPR No. 15116)
1300 Division St., Suite 307
Nashville, Tennessee 37203
(615) 256-2602
(615) 242-5967 (fax)
bryan@bryanlewislaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the CM/ECF electronic filing system to:

Kirk L. Clements
105 Broadway, Ste. 2
Nashville, TN 37201

James Bryan Lewis
1300 Division St., Suite 307
Nashville, TN 37203

William L. Harbison
Lisa K. Helton
Christopher C. Sabis
Hunter C. Branstetter
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

on this 31st day of May 2024.

/s/ *Michael R. Dohn*
Michael R. Dohn